|     |     |     |
| --- | --- | --- |
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
| --- | --- |
| JAMES ARTHUR MEEKS,<br><br>　　　　Plaintiff,<br><br>*versus*<br><br>WARDEN S. NASH,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 1:18-CV-263<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James Arthur Meeks, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed for failure to state a claim upon which relief may be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. Plaintiff alleges some of his property was taken from him and that other property was damaged. Plaintiff states in his objections that prison employees violated state procedures while dealing with his property. Based on the authorities cited by the magistrate judge, plaintiff had no due process right not to be deprived of his property because Texas state law provides an adequate post-deprivation remedy. In addition, plaintiff fails to allege the defendant had any personal involvement in the alleged constitutional violation.

**ORDER**

Accordingly, the objections filed by plaintiff are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 10th day of March, 2020.

                                          MARCIA A. CRONE
                                  UNITED STATES DISTRICT JUDGE